**EXHIBIT A**

**ANGELA TEIXEIRA**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| Motown Record Company, L.P. | Lionel Richie | All Night Long | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Lee Ann Womack | Why They Call It Falling | I Hope You Dance | 281-198 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Just the Two of Us | Big Willie Style | 249-123 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |