Teixeira.Angela - UserLog - 91014713.txt

Log for User at address 172.158.111.2:6346 generated on 9/19/2005 9:13:51 AM EDT (-0400 GMT)
Total Files: 413
------------------------------
Total Audio Files: 377
Total Video Files: 6
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 16
Total Distinct Matches: 13

FileName: (My Chemical Romance) - Im_Not_Okay_(I_Promise).mp3 (4,526,208 bytes)
FileName: 01 - The All American Rejects - Dirty Little Secret.mp3 (3,155,772 bytes)
FileName: 01-jennifer_lopez_feat._usher_and_fabolous-get_it_right_(remix)-drx.mp3 (6,245,794 bytes)
FileName: 01-Young Jeezy ft_ Akon _Soul Survivor_ (Clean)[1](1).mp3 (6,746,240 bytes)
FileName: 04 - Fefe Dobson - Everything.mp3 (4,034,228 bytes)
FileName: 05 - Gone.mp3 (3,319,518 bytes)
FileName: 05 - Lee Ann Womack - He Oughta Know That By Now - www.torrentazos.com.mp3 (5,334,457 bytes)
FileName: 112 - Hot & Wet remix ft Ludacris, Chingy.mp3 (6,240,256 bytes)
FileName: 14. JOHN LEGEND FEAT. KANYE WEST - SELFISH REMIX.mp3 (2,324,655 bytes)
FileName: 16 - Snoop Dogg Ft. Justin Timberlake - Signs.mp3 (6,325,058 bytes)
FileName: 17-mariah_carey_ft._styles_p._and_jadakiss-we_belong_together_(remix)-drx.mp3 (6,119,385 bytes)
FileName: 50 Cent - Candy Shop.mp3 (5,055,136 bytes)
FileName: 50 Cent - Disco Inferno.mp3 (4,988,085 bytes)
FileName: 50 Cent - The Massacre - 14 - Just a Little Bit.mp3 (6,027,022 bytes)
FileName: 80's music - Lean on me.mp3 (1,497,088 bytes)
FileName: 90's - Lauren Hill - Killing Me Softly.mp3 (4,349,952 bytes)
FileName: 98 Degrees - I Do (Cherish You).mp3 (3,632,774 bytes)
FileName: 98 Degrees - The Hardest Thing.mp3 (4,394,550 bytes)
FileName: 98 Degrees - You Are My Everything.mp3 (5,541,480 bytes)
FileName: Aaron Carter - I Want Candy.mp3 (3,142,217 bytes)
FileName: Aerosmith - I Don't Want To Miss A Thing.mp3 (4,743,044 bytes)
FileName: Akon - Belly Dancer.mp3 (5,851,264 bytes)
FileName: Akon - Mr. Lonely.mp3 (5,656,516 bytes)
FileName: Akon f. Nas - Belly Dancer Remix.mp3 (8,560,640 bytes)
FileName: Alicia Keys - Butterflies.mp3 (4,079,928 bytes)
FileName: Alicia Keys - Girlfriend.mp3 (5,047,280 bytes)
FileName: alicia keys - if i aint got you kanye remix.mp3 (3,453,980 bytes)
FileName: Alicia Keys feat. Lloyd Banks and Krucial - If I Was Your Woman (Remix).mp3 (5,693,498 bytes)
FileName: Alicia Keys Ft Freeway - You don't know my name (remix).mp3 (3,840,920 bytes)
FileName: Amerie + Ludacris - Why Dont We Fall In Love Remix.mp3 (5,040,208 bytes)
FileName: Amor Amor Amor.wma (3,684,261 bytes)
FileName: andy griggs - I Wanna Be Your Everything.mp3 (4,061,184 bytes)
FileName: Aqua - Barbie Girl.mp3 (3,104,644 bytes)
FileName: Ashlee Simpson - Endless Summer .mp3 (5,214,835 bytes)
FileName: Ashlee Simpson - I Didn't Steal Your Boyfriend.mp3 (5,535,128 bytes)
FileName: Aslyn - Be The Girl.mp3 (2,867,210 bytes)
FileName: avant- i wanna be close to you.mp3 (5,495,872 bytes)
FileName: Avril Lavigne - Fall To Peices.mp3 (5,012,003 bytes)
FileName: Avril Lavigne - So Much For My Happy Ending .mp3 (4,467,461 bytes)
FileName: Baby Bash ft Akon - I'm Back.mp3 (9,117,300 bytes)
FileName: Baladas romanticas - Nilton Cesar - La ultima Cancion.mp3 (2,030,542 bytes)
FileName: Bama Boyz - Sweet Home Alabama (Rap Remix).mp3 (4,018,176 bytes)

FileName: basketball - illest streetball dunks ever 2.wmv (7,210,284 bytes)
FileName: Basketball - Michael Jordan - 10 Best Dunks.mpeg (35,858,436 bytes)
FileName: basketball - nba & high school best dunks.mpg (40,564,740 bytes)
FileName: Basketball - Streetball Moves In The NBA.mpg (45,268,996 bytes)
FileName: Basketball- Top Ten Dunks So Far.WMV (12,941,806 bytes)
FileName: Beach Boys - Forever.mp3 (2,929,620 bytes)
FileName: Beatles - Let It Be (Rare Remix).mp3 (4,507,689 bytes)
FileName: Benzino feat Lil Kim and Petey Pablo - Rock The Party (Remix).mp3 (6,266,880 bytes)
FileName: Beyonce featuring Missy Elliott - Put It In Ur Mouth (Crazy In Love remix) from Westwood show(2).mp3 (6,240,305 bytes)
FileName: Biz Markie - Just A Friend.mp3 (3,889,076 bytes)
FileName: Black Eyed Peas - Dont Lie.mp3 (5,620,434 bytes)
FileName: Black Eyed Peas - My Humps.mp3 (7,850,112 bytes)
FileName: BLACK EYES PEAS - DONT PHUNK WiTH MY HEART.mp3 (5,799,941 bytes)
FileName: Bob Carlisle - Christmas Shoes .mp3 (4,325,376 bytes)
FileName: Bobby Valentino ''Slow Down'' (Timbaland Remix).mp3 (4,547,395 bytes)
FileName: Bobby Valentino - Slow Down.mp3 (4,546,977 bytes)
FileName: bobby valentino - Tell Me (Remix ft Lil Wayne).mp3 (5,476,086 bytes)
FileName: Bobby Valentino Feat. Fabolous & TI - Slow Down Remix.mp3 (8,252,293 bytes)
FileName: Bonnie McKee - Somebody.mp3 (4,010,216 bytes)
FileName: Bow wow & Omarion & Lil Gee - Let Me Hold You (Remix).mp3 (5,626,115 bytes)
FileName: bow wow - let me hold you remix.mp3 (4,133,286 bytes)
FileName: Bow Wow feat Ciara - Like U.mp3 (4,961,032 bytes)
FileName: Bow Wow feat. Omarion - Let Me Hold You (Wanted Album).mp3 (4,781,470 bytes)
FileName: Bow Wow feat. Snoop Dogg - Whats My Name.mp3 (3,590,143 bytes)
FileName: Bow wow ft. Omarion & Nelsuwn - Let Me Hold You remix.mp3 (5,625,731 bytes)
FileName: Bowling For Soup - Almost.mp3 (4,950,016 bytes)
FileName: Boys 2 Men - Boyz II Men - I ll Make Love to You.mp3 (3,789,217 bytes)
FileName: Boys 2 Men - Hard To Say I'm Sorry.mp3 (3,151,830 bytes)
FileName: Boys to Men - Boyz II Men - I Swear(2).mp3 (3,620,992 bytes)
FileName: Boys To Men- A Song For Mama(2).mp3 (4,847,616 bytes)
FileName: Brad Paisley - Alcohol.mp3 (3,994,898 bytes)
FileName: Brandy - Have You Ever Loved Somebody.mp3 (4,359,860 bytes)
FileName: Brega - nilton cesar - Ao Mundo Vou Contar.mp3 (3,281,815 bytes)
FileName: Brian McKnight - Back At One.mp3 (3,556,542 bytes)
FileName: BRITT - NEW - Nivea feat Young Bloodz Lil John - Okay.mp3 (4,105,195 bytes)
FileName: Bronson Arroyo - Best I've Ever Had (Grey Sky Morning).mp3 (4,331,397 bytes)
FileName: Bronson Arroyo - Dirty Water.mp3 (4,523,932 bytes)
FileName: BRONSON ARROYO-07 Something's Always Wrong.mp3 (5,235,065 bytes)
FileName: Brooke Valentine ft. Da Brat, Remy Martin- Girlfight (remix).mp3 (8,115,976 bytes)
FileName: Cassidy n Rkelly n Trina - Hotel (Remix).mp3 (7,745,395 bytes)
FileName: Cheryl Crow - Soak Up The Sun.mp3 (4,997,416 bytes)
FileName: chico avila - a vida e linda.mp3 (3,600,682 bytes)
FileName: Chico Avila - As Velhas.mp3 (4,392,750 bytes)
FileName: Chico Avila - Ilha Terceira.mp3 (3,604,864 bytes)
FileName: Chico Avila - Marcha Semana Do Mar.mp3 (3,413,849 bytes)
FileName: chico avila - quebra e leva o par.mp3 (3,313,163 bytes)
FileName: Chico Avila1- Ela Vai Voltar.mp3 (3,732,489 bytes)
FileName: Chingy ft Trina & DTP - Right Thurr (remix).mp3 (5,344,880 bytes)
FileName: Chris Brown + Juelz Sanatana - Run It-ReMiX - Clean.mp3 (3,463,832 bytes)
FileName: Chris Brown Ft Juelz Santana- Run It (Remix).mp3 (4,937,929 bytes)
FileName: Christina Aguilera Feat. Foxy Brown & Jay - Z - - Genie In A Bottle (remix).mp3 (3,860,674 bytes)
FileName: Ciara feat. Ludacris - Oh.mp3 (6,616,483 bytes)
FileName: Ciara ft Black & Ludacris - Oh Remix.mp3 (2,104,741 bytes)

FileName: Comedy - Chris Tucker calls Pizza Hut- Funny Prank Phone Call.mp3 (1,422,184 bytes)
FileName: Common feat Kanye West & Last Poets - The Corners.mp3 (5,663,370 bytes)
FileName: Counting Crows-A Long December.mp3 (4,763,480 bytes)
FileName: Crow, Sheryl & Kidd Rock - Picture.mp3 (7,171,745 bytes)
FileName: D12 - D12 World - How Come.mp3 (5,710,128 bytes)
FileName: Damien Rice - The blowers daughter.mp3 (4,614,815 bytes)
FileName: Darryl Worley - If Something Should Happen.mp3 (5,928,611 bytes)
FileName: Dashboard Confessionals - Hands Down.mp3 (4,587,520 bytes)
FileName: David banner - Run Girl.mp3 (4,109,024 bytes)
FileName: Destiny's Child - Cater To You (Remix).mp3 (4,149,124 bytes)
FileName: Destiny's Child feat Next - If You Leave Her.mp3 (4,355,099 bytes)
FileName: Destinys Child - Cater To You.mp3 (3,959,788 bytes)
FileName: Destinys Child - Destiny Fulfilled - 06 - Girl.mp3 (3,590,355 bytes)
FileName: destinys child ft arceo_cater to you (scott storch remix).mp3 (4,114,092 bytes)
FileName: DHT - Listen To Your Heart (Trance Remix).mp3 (3,365,015 bytes)
FileName: Divine - Lately.mp3 (4,142,476 bytes)
FileName: DJ Sammy - Heaven 911 Remix.mp3 (3,841,045 bytes)
FileName: Dont Start No Shit - Young Bloodz feat Lil john.mp3 (4,813,066 bytes)
FileName: Eagles - Desperado.mp3 (4,054,910 bytes)
FileName: Eamon - Fuck What I Said.mp3 (6,506,496 bytes)
FileName: El Divo-AudioTrack 09.mp3 (4,414,455 bytes)
FileName: Eminem & D12 - My Band.mp3 (6,292,313 bytes)
FileName: eminem - ass like that.mp3 (5,898,240 bytes)
FileName: Eminem - Encore - 06 - Puke.mp3 (5,416,624 bytes)
FileName: Eminem - Mockingbird.mp3 (5,408,768 bytes)
FileName: Fabolous Feat.Tamia-Into You(Remix).mp3 (7,125,913 bytes)
FileName: Faith Hill & Tim McGraw - Just To Hear You Say That You Love Me - Country - 90's.mp3 (4,294,240 bytes)
FileName: Faith Hill - Breathe - The Way You Love Me.mp3 (2,959,117 bytes)
FileName: Faith Hill - Breathe.mp3 (4,019,223 bytes)
FileName: Faith Hill - Butterfly_Kisses (Daddy's Little Girl).mp3 (4,004,570 bytes)
FileName: Faith Hill - Mississippi Girl.mp3 (5,590,938 bytes)
FileName: Faith Hill - Take another piece of my heart(1).mp3 (3,872,654 bytes)
FileName: Faith Hill - There You'll Be.mp3 (3,559,424 bytes)
FileName: Fall Out Boy - 7 Minutes In Heaven.mp3 (3,143,720 bytes)
FileName: Fall Out Boy - I Slept With Someone From Fall Out Boy and All I Got Was This Stupid Song Written About Me.mp3 (6,110,150 bytes)
FileName: Fallout Boys - Sugar We're Going Down.mp3 (5,202,236 bytes)
FileName: Fallout Boys - Where Is Your Boy Tonight.mp3 (4,574,900 bytes)
FileName: Fantasia Barrino - Truth Is.mp3 (4,320,444 bytes)
FileName: Fat Joe - My 44 (50 Cent Diss).mp3 (4,909,485 bytes)
FileName: Fat Joe feat Nelly - Get it poppin - All or Nothing.mp3 (4,852,003 bytes)
FileName: Fat Joe Nelly White Dawg - Get It Poppin Remix.mp3 (4,632,678 bytes)
FileName: Fefe Dobson - Don't Let It Go To Your Head.mp3 (4,654,584 bytes)
FileName: FeFe Dobson- Stupid Little Love Song.mp3 (3,197,916 bytes)
FileName: FEFE DOBSON- TAKE ME AWAY.MP3 (4,289,881 bytes)
FileName: Frankie J - The One - 03 - How To Deal.mp3 (5,766,475 bytes)
FileName: Frankie J. - Obsession (No Es Amor) (MTV Live).mp3 (4,376,497 bytes)
FileName: Franky J & Baby Bash - Obsession.mp3 (3,757,331 bytes)
FileName: FUNNY Irish Drinking Songs - Beer, Beer, Beer.mp3 (1,956,162 bytes)
FileName: Garth Brooks - That Summer.mp3 (4,607,292 bytes)
FileName: George Strait - I Hate Everything.mp3 (3,804,769 bytes)
FileName: George Strait - You Had Me From Hello.mp3 (3,662,968 bytes)
FileName: Get It Poppin' (Remix) Da Brat feat. JD DJ Blakk Ice- Night Life Vol #3-The Blakk Album Unknown 192kbps 15.wma (4,745,615 bytes)
FileName: Good Charlotte - I Just Wanna Live.mp3 (4,968,576 bytes)
FileName: Good Charlotte - Lifestyles Of The Rich And Famous.mp3 (3,057,040 bytes)
FileName: Gorillaz- Feel Good Inc..mp3 (3,576,218 bytes)
FileName: Green Day - Wake Me Up When September Ends.mp3 (7,933,931 bytes)
FileName: Green Day-04-Boulevard Of Broken Dreams.mp3 (6,260,864 bytes)
FileName: Gretchen Wilson - All Jacked Up.mp3 (8,521,856 bytes)

FileName: GRETCHEN WILSON - WHEN I THINK ABOUT CHEATING.mp3 (6,009,628 bytes)
FileName: Gretchen wilson-redneck women.mp3 (7,058,639 bytes)
FileName: Gwen Stefani - Cool.mp3 (3,789,336 bytes)
FileName: Gwen Stefani - Hollaback Girl.mp3 (4,003,915 bytes)
FileName: Gwen_Stefani_feat FatJoe,BustaRhymes,Chingy Holla back Girl Remix.mp3 (6,311,936 bytes)
FileName: Howie Day - Collide.mp3 (3,988,671 bytes)
FileName: J-kwon, Chingy, Murphy, Nelly Tipsy_(remix)-whoa.mp3 (5,187,649 bytes)
FileName: Jadakiss - Im A Animal (Disses 50 Cent).mp3 (3,702,073 bytes)
FileName: James Taylor - You've Got A Friend.mp3 (4,284,386 bytes)
FileName: Jay-Z & Mike Jones. - Back Then (remix).mp3 (6,570,735 bytes)
FileName: Jay-z - We are the Champions Ft. Kanye West, Beanie Sigel, Cam'ron, Twista.mp3 (8,503,013 bytes)
FileName: Jay-Z Feat Kanye West - Kanye West-I'm Good - Girls, Girls, Girls (Remix).mp3 (4,619,746 bytes)
FileName: jayz 99 problems.mp3 (5,634,048 bytes)
FileName: JayZ ft Linkin Park-Numb Encore.mp3 (8,134,617 bytes)
FileName: JD & Johnta Austin -Gotta Getcha (clean).mp3 (3,433,742 bytes)
FileName: Jennifer Lopez ft. Fat Joe - Hold You Down.mp3 (6,483,456 bytes)
FileName: Jermaine Dupri ft Missy, Usher & Rico Love - Gotta Getcha (Remix).mp3 (6,077,353 bytes)
FileName: jermaine_dupri-gotta_getcha_(ft._usher_and_rico_love)_(so_so_def_remix)-r$15.mp3 (6,074,496 bytes)
FileName: Jesse Mccartney - Beautiful Soul.mp3 (3,785,003 bytes)
FileName: Jesse McCartney - Because You Live.mp3 (3,986,894 bytes)
FileName: Jesse McCartney ft. Fabolous - She's No You (Neptunes Remix).MP3 (3,465,216 bytes)
FileName: Jessica Simpson & Nick Lechey - Where You Are.mp3 (6,492,288 bytes)
FileName: Jessica Simpson - Angels.mp3 (5,894,912 bytes)
FileName: Jessica Simpson - I Wanna Love You Forever.mp3 (4,249,059 bytes)
FileName: Jessica Simpson - These Boots Are Made For Walking.mp3 (6,006,784 bytes)
FileName: Jessica Simpson-Take My Breathe Away.mp3 (4,046,646 bytes)
FileName: Jet - Look What You've done.mp3 (5,534,742 bytes)
FileName: Jimmy Buffett - Hey Good Lookin'.mp3 (3,610,624 bytes)
FileName: Jimmy Buffett - If You Like Pina Colodas.mp3 (4,033,980 bytes)
FileName: John Legend ft Kanye West - Number One(1).mp3 (4,797,512 bytes)
FileName: June Rap (2005) - 20 - Jermaine Dupri feat. Missy Elliott - I Gotta Getcha (CLEAN).mp3 (5,013,002 bytes)
FileName: Kanye West - Diamonds Are Forever.mp3 (3,837,155 bytes)
FileName: Kanye West - Gold Digger (Clean).mp3 (5,034,317 bytes)
FileName: Kanye West - Jesus Walks.mp3 (5,043,274 bytes)
FileName: Kanye West - Late Registration - 01 - Wake Up Mr West.mp3 (708,947 bytes)
FileName: Kanye West - Late Registration - 02 - Heard Em Say (feat. Adam Levine).mp3 (4,593,056 bytes)
FileName: Kanye West - Late Registration - 02 - Doing Fine.mp3 (4,032,393 bytes)
FileName: Kanye West - Late Registration - 06 - Drive Slow (feat. Paul Wall & GLC).mp3 (5,388,714 bytes)
FileName: Kanye West - Late Registration - 09 - Roses.mp3 (5,264,036 bytes)
FileName: Kanye West - Late Registration - 17 - Celebration.mp3 (5,107,134 bytes)
FileName: Kanye West - late registration - About an Angel (unreleased).MP3 (2,967,552 bytes)
FileName: kanye west - late registration - gorgeous.mp3 (3,141,337 bytes)
FileName: kanye west - late registration - hey mama.mp3 (6,259,104 bytes)
FileName: kanye west - late registration - improvise.mp3 (6,294,839 bytes)
FileName: kanye west - late registration - my way home (feat common).mp3 (1,890,181 bytes)
FileName: kanye west - late registration - peace.mp3 (4,034,265 bytes)
FileName: Kanye West - Touch The Sky.mp3 (5,699,584 bytes)
FileName: Kanye West feat. Jamie Foxx-Gold Digger (DIRTY).mp3 (5,048,860 bytes)
FileName: Kanye West Ft Jay-Z - Diamonds Are Forever (Remix).mp3 (5,600,444 bytes)
FileName: Kanye West Ft. Jamie Foxx - Gold Digger.mp3 (6,456,950 bytes)
FileName: Kanye West ft. John Legend - Soulful (Late Registration) .mp3 (4,485,248

bytes)
FileName: Kanye West remixes-Maroon 5 - This Love.mp3 (5,540,075 bytes)
FileName: kanye west- all_falls_down.mp3 (5,660,375 bytes)
FileName: Kayne West ft. Lauryn Hill - All Comes Down.mp3 (5,172,372 bytes)
FileName: KC & Jojo - All My Life.mp3 (5,293,163 bytes)
FileName: kelis ft pharrell and pusha t clipse - milkshake remix.mp3 (6,421,333 bytes)
FileName: Kelly Clarkson - A Moment Like This.mp3 (3,633,446 bytes)
FileName: Kelly Clarkson - Because Of You.mp3 (3,514,496 bytes)
FileName: Kelly Clarkson - Behind These Hazel Eyes.mp3 (5,906,576 bytes)
FileName: Kelly Clarkson - Since You've Been Gone (Club Remix).mp3 (8,175,180 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone.mp3 (4,010,033 bytes)
FileName: Kelly Rowland - Stole.mp3 (5,660,131 bytes)
FileName: Kenney Chesney - Back Where I Come From.mp3 (4,107,831 bytes)
FileName: Kenny Chesney & Uncle Cracker- When The Sun Goes Down.mp3 (6,977,828 bytes)
FileName: Kenny Chesney - Anything But Mine.mp3 (7,819,068 bytes)
FileName: Kenny Chesney - Keg In The Closet.mp3 (5,104,423 bytes)
FileName: Kenny Chesney - No Shoes, No Shirt, No Problems.mp3 (6,759,740 bytes)
FileName: Kenny Chesney - She Thinks My Tractor's Sexy.mp3 (3,969,486 bytes)
FileName: Keyshia Cole - 01 - Love.mp3 (5,217,373 bytes)
FileName: Keyshia Cole feat Shyne - I've Changed My Mind Remix.mp3 (5,734,443 bytes)
FileName: Keyshia Cole ft. Alicia Keys - I Just Want It To Be Over.mp3 (5,811,722 bytes)
FileName: Keyshia Cole-I Should've Cheated.mp3 (6,361,154 bytes)
FileName: Lauren Hill - Can't Take My Eyes Off You.mp3 (3,634,795 bytes)
FileName: Lauren Hill - That Thing.mp3 (5,112,588 bytes)
FileName: Leanne Womack - Something Worth Leaving Behind.mp3 (3,666,842 bytes)
FileName: Lee Ann Womack - Why They Call It Falling.mp3 (3,444,819 bytes)
FileName: LEE ANN WOMACK - I MAY HATE MYSELF IN THE MORNING.mp3 (3,374,689 bytes)
FileName: lee ann womack - i'm the fool in love with the fool.mp3 (3,399,178 bytes)
FileName: Lee Ann Womack - The Wrong Girl.mp3 (2,781,356 bytes)
FileName: Life House - You And Me - Can't keep my eyes off you.mp3 (4,542,214 bytes)
FileName: Lil' Jon & The Eastside Boyz - Get Low.mp3 (5,347,874 bytes)
FileName: Lil' Jon feat Ludacris & Usher - Lovers And Friends.mp3 (6,289,408 bytes)
FileName: Lil' Jon feat. Young Buck & Nas - Don't Start No Shit (DJ Rondevu remix).mp3 (3,858,182 bytes)
FileName: Lindsay Lohan-Over.mp3 (6,742,634 bytes)
FileName: Lionel Richie - All Night Long.mp3 (4,152,455 bytes)
FileName: Lost Boyz - Renee (ghetto Princess Remix).mp3 (4,702,033 bytes)
FileName: Louie Devito Angelo Venuto-Sweet Caroline(Techno Remix).mp3 (12,096,913 bytes)
FileName: Lovers & Friends (Girl Remix).mp3 (6,260,736 bytes)
FileName: Ludacris - Pimpin All Over The World(Pretty Ricky Remix)Hot!.mp3 (3,746,589 bytes)
FileName: Ludacris - Pimping All Over The World.mp3 (8,747,008 bytes)
FileName: Mad TV - Ms Swan - At A Bar.WMV (10,996,478 bytes)
FileName: MAD TV - Ms. Swan - Airplane.mpg (67,702,768 bytes)
FileName: Mad TV - Ms. Swan at the ATM.mpg (83,373,500 bytes)
FileName: MAD TV - Ms. Swan goes to the Movies.mpg (58,815,792 bytes)
FileName: Mad TV - Stuart - Look What I Can Do.mp3 (499,840 bytes)
FileName: Mad TV - Stuart At The Chinese Restaurant.WMV (18,403,019 bytes)
FileName: Mad TV - Stuart at the wedding.wmv (14,036,373 bytes)
FileName: Mad TV - Stuart at Work.mpg (38,692,784 bytes)
FileName: Mad TV - Stuart Goes to Doctor.mov (8,887,512 bytes)
FileName: MAD TV - Stuart Goes to School.mpg (77,391,524 bytes)
FileName: Mad TV - Stuart pet store.mpg (30,626,509 bytes)
FileName: Mad TV - Stuart Rescued from a Well.mov (8,957,258 bytes)
FileName: Mad TV - Stuart swimsuit.wmv (21,759,684 bytes)
FileName: Mad TV - Stuart T-Ball.mov (6,303,802 bytes)
FileName: Mad TV - Stuarts Birthday.mpg (32,936,197 bytes)
FileName: Mad TV - Stuarts piano lesson.WMV (14,101,411 bytes)
FileName: MAd TV- Stuart Halloween.mpg (43,251,964 bytes)

FileName: MADtv - Ms. Swan on The Dating Game.mpg (87,614,800 bytes)
FileName: Mandy Moore I've got a crush on you.mp3 (4,569,822 bytes)
FileName: mariah carey & boyz to men) - one sweet day.mp3 (4,523,572 bytes)
FileName: Mariah Carey - Always Be My Baby.mp3 (4,126,382 bytes)
FileName: Mariah Carey - Hero.mp3 (4,144,945 bytes)
FileName: Mariah Carey - The Emancipation of Mimi - 03 - Shake It Off.mp3 (5,727,787 bytes)
FileName: Mariah Carey - We Belong Together.mp3 (4,018,366 bytes)
FileName: Mariah Carey f. Jermaine Dupri - It's Like That.mp3 (4,926,002 bytes)
FileName: Mariah Carey feat. Styles P & Jadakiss-We belong together (remix).mp3 (4,129,563 bytes)
FileName: Mariah_Carey_ft[1]._Jay-Z___Young_Jeezy_-_Shake_It_Off__Remix_.mp3 (6,065,740 bytes)
FileName: Mario - Here I Go Again.MP3 (4,826,302 bytes)
FileName: Mario - How Could You.MP3 (5,665,773 bytes)
FileName: Mario - Just A Friend.mp3 (4,990,976 bytes)
FileName: Mario- Let Me Love You.mp3 (5,919,056 bytes)
FileName: Mark Wills - I'm Already Taken.mp3 (3,203,072 bytes)
FileName: Maroon 5 - She Will Be Loved (REMIXED BY DJ QUEST).mp3 (4,744,221 bytes)
FileName: Marques Houston- All Because Of You.mp3 (8,563,983 bytes)
FileName: martina mcbride - Concrete Angel.mp3 (4,052,992 bytes)
FileName: mashonda ft game - back of the club remix.mp3 (3,456,488 bytes)
FileName: Me Myself and I (Remix).mp3 (3,895,466 bytes)
FileName: Micheal Buble - Crazy thing called love.mp3 (3,057,792 bytes)
FileName: Micheal Buble - Home.mp3 (3,568,952 bytes)
FileName: Micheal Buble - Kissing A Fool.mp3 (6,029,928 bytes)
FileName: Missy Elliott -Lose Control (clean).mp3 (4,597,624 bytes)
FileName: Missy Elliott f.Aaliyah - Best Friends.mp3 (3,942,040 bytes)
FileName: Missy Elliott feat. Ciara & Fat Man Scoop - Loose Control.mp3 (5,510,792 bytes)
FileName: Missy Elliott feat. Nelly - Pump it up.mp3 (4,452,019 bytes)
FileName: Missy_Elliott_Ft[1]._Pharrell_-_On_And_On.mp3 (5,153,820 bytes)
FileName: Monica Ft Kanye West - Knock Knock (Remix).mp3 (3,767,868 bytes)
FileName: My Chemical Romance - Helena.mp3 (4,877,512 bytes)
FileName: Mya & Jay-Z - Best Of Me (remix).mp3 (5,633,842 bytes)
FileName: Nat King Cole - L-O-V-E.mp3 (2,467,603 bytes)
FileName: Natalie - Going Crazy.mp3 (7,006,336 bytes)
FileName: Natasha Bedingfield - These Words (Bimbo Jones Remix)(1).mp3 (10,031,199 bytes)
FileName: Natasha Bedingfield- These words are my own.mp3 (5,745,199 bytes)
FileName: NBA basketball - michael jordan best dunks & plays(1).avi (11,510,404 bytes)
FileName: Neil Diamond--Sweet Caroline (remix).MP3 (3,305,109 bytes)
FileName: Nelly ft. Kelly Rowland - Dilemma.mp3 (4,628,242 bytes)
FileName: Neptunes & Faith Evens f. Missy Elliot, P.Diddy - Burnin' Up (remix).MP3 (3,290,559 bytes)
FileName: Nick Canon ft. Anthony Hamilton - Can I live.mp3 (4,244,522 bytes)
FileName: nilton cesar - Professor Apaixonado.mp3 (2,909,831 bytes)
FileName: Nina Sky ft Pitbull & Shawnna - Turning Me On (Remix).mp3 (2,020,800 bytes)
FileName: Nina sky ft Pitbull - Turning me on (remix).mp3 (3,028,703 bytes)
FileName: No Doubt - Say That You Love me.mp3 (3,178,417 bytes)
FileName: Notorious BIG f. P Diddy & Mase - Mo Money, Mo Problems.mp3 (4,119,114 bytes)
FileName: Nsync - Selfish.mp3 (6,248,826 bytes)
FileName: Nsync - This I Promise You.mp3 (3,417,571 bytes)
FileName: Oasis - Wonderwall.mp3 (4,140,013 bytes)
FileName: omarian - o.mp3 (6,819,675 bytes)
FileName: Omarion Feat Pharrell & Vanessa Marquez - Touch (Remix).mp3 (4,908,766 bytes)
FileName: P. Diddy, Lenny Kravitz & Pharell - Show Me Your Soul.mp3 (7,700,480 bytes)
FileName: P.Diddy - ill be missing you.mp3 (4,963,393 bytes)

Teixeira.Angela - UserLog - 91014713.txt

FileName: Papa Roach - Tear my heart open.mp3 (5,503,325 bytes)
FileName: PAPERBOYZ-Make Him Feel Good (Answer 2 Tearra Mari) DIRTY.mp3 (5,430,543 bytes)
FileName: Petey Pablo Ft. Rasheeda - Make It Vibrate.mp3 (5,629,952 bytes)
FileName: Pitbull featuring Lil' Jon and Fat Joe- Toma.mp3 (5,118,455 bytes)
FileName: Portuguese - Chico Avila - Postal Para Os Acores.mp3 (3,265,096 bytes)
FileName: Portuguese-Music_Chico Avila - Ilha Terceira.mp3 (3,604,864 bytes)
FileName: Pretty RicKy - grind on me.mp3 (3,938,934 bytes)
FileName: Pretty RicKy - grind with me.mp3 (3,938,570 bytes)
FileName: Pretty Ricky - Your Body.mp3 (6,254,711 bytes)
FileName: Proclaimers - I Would Walk 500 Miles.mp3 (3,461,826 bytes)
FileName: R. Kelly - The World's Greatest.mp3 (3,792,330 bytes)
FileName: R. Kelly - The Worlds Greatest.mp3 (6,608,062 bytes)
FileName: R. Kelly - Trapped In The Closet Chapters 1-5 (Dirty).mp3 (23,745,933 bytes)
FileName: R. Kelly Feat. The Game - Playa's Only.mp3 (2,980,371 bytes)
FileName: R.Kelly_Trapped_In_The_Closet_FULL_VIDEO.mpeg (75,356,164 bytes)
FileName: Rascal Flats - I Melt .mp3 (5,628,925 bytes)
FileName: Rascal Flats - Mayberry.mp3 (6,552,892 bytes)
FileName: Rascal Flatts - Skin.mp3 (5,492,509 bytes)
FileName: Ray J Feat. Lil' Kim - Wait A Minute.mp3 (9,437,184 bytes)
FileName: Red sox lean back remix.wma (6,166,139 bytes)
FileName: Remember The Titans Soundtrack - Ain't No Mountain High Enough.mp3 (2,361,597 bytes)
FileName: Rihanna - Pon De Replay--.mp3 (6,923,042 bytes)
FileName: Roxette - Listen To Your Heart.mp3 (5,243,715 bytes)
FileName: Rupee feat[1]. Lil Kim- Do The Damn Thing.mp3 (5,228,505 bytes)
FileName: Ryan Cabrera- True.MP3 (1,421,576 bytes)
FileName: S Club 7 - Never Had A Dream Come True.mp3 (3,862,528 bytes)
FileName: sarah mclaughin - In The Arms Of An Angel.mp3 (4,358,144 bytes)
FileName: Sean Paul - I'm still in love with you (DJ XLS Remix) Funkymix 72, Street Tracks, 87 BPM.mp3 (7,183,648 bytes)
FileName: Sean Paul - We Will Be Burning.mp3 (4,977,952 bytes)
FileName: Sean Paul and Sasha- Im Still In Love With You Boy.mp3 (5,290,977 bytes)
FileName: Shaggy - Angel.mp3 (3,771,354 bytes)
FileName: Shake Your Tailfeathers - Nelly, P. Diddy, Murphy Lee.mp3 (7,032,755 bytes)
FileName: Shania Twain - From This Moment On.mp3 (4,463,252 bytes)
FileName: Shania Twain - Man! I Feel Like A Woman!.mp3 (3,720,570 bytes)
FileName: Shania Twain - She's Not Just A Pretty Face.mp3 (5,570,560 bytes)
FileName: Shania Twain with Billy Currington - Party For Two(2).mp3 (4,947,968 bytes)
FileName: Silkk The Shocker, Trina & Lil' Romeo - That's Cool (Remix).mp3 (5,128,488 bytes)
FileName: simple plan - Perfect.mp3 (6,661,418 bytes)
FileName: Simple Plan - Untitled.mp3 (3,785,422 bytes)
FileName: Simple Plan - Welcome to My Life.mp3 (4,867,856 bytes)
FileName: Slow Jams - 702 & Subway - This Little Game We Play.mp3 (4,018,176 bytes)
FileName: Snoop_Dogg_feat[1]._Pharrell___Jay-Z_-_Drop_It_Like_Its_Hot__Official_Remix_.mp3 (5,175,976 bytes)
FileName: Spice Girls - If You Wanna Be My Lover.mp3 (2,800,454 bytes)
FileName: Sports Basketball Songs - GOOD WARMUP Jock Jams.mp3 (2,682,880 bytes)
FileName: streetball12-(Basketball - and1 Moves.mpeg).mpeg (2,340,268 bytes)
FileName: T.I - Bring Em Out (Clean).mp3 (5,273,566 bytes)
FileName: Taking Back Sunday - Falling For You.mp3 (2,735,629 bytes)
FileName: Tamia - Offically missing you.MP3 (3,894,092 bytes)
FileName: Tamia ft. Talib Kweli - Offically Missing You (remix).mp3 (6,167,048 bytes)
FileName: Tatiana Ali ---- Daydreamin.mp3 (4,272,664 bytes)
FileName: Teairra Mari - Make Her Feel Good (dirty).mp3 (5,892,608 bytes)
FileName: Teairra Mari ft. Jay-Z & Young Chris - Make Her Feel Good [Remix].mp3 (3,425,073 bytes)

Teixeira.Angela - UserLog - 91014713.txt
FileName: Teairra Mari ft. Jay-Z-Make Her Feel Good-dT-faCe-2oo5.mp3 (5,093,470 bytes)
FileName: Teairra_Mari_Feat_Joe_Budden-Make_Her_Feel_Good_(Remix)_(Dirty).mp3 (6,441,168 bytes)
FileName: The Click Five - Just The Girl.mp3 (3,693,889 bytes)
FileName: The Game - The Documentary - 03 - Dreams.mp3 (7,177,518 bytes)
FileName: The Killers - Mr. Brightside .mp3 (5,414,485 bytes)
FileName: the killers - smile like you mean it.mp3 (5,754,880 bytes)
FileName: Theme - Inspector Gadget (Techno Remix).mp3 (3,559,424 bytes)
FileName: Theme Song - The Andy Milonakis Show.mp3 (772,806 bytes)
FileName: Three Doors Down - Let Me Go(1).mp3 (5,781,627 bytes)
FileName: Tim mcgraw & faith hill - Angry All The Time.mp3 (4,321,825 bytes)
FileName: Tim Mcgraw - Back When.mp3 (8,922,643 bytes)
FileName: Tim McGraw - Do You Want Fries With That.mp3 (5,757,082 bytes)
FileName: Tim McGraw - Don't Take The Girl .mp3 (2,998,462 bytes)
FileName: Tim Mcgraw - Just to see you smile.mp3 (3,408,526 bytes)
FileName: Tim McGraw - Live Like You Were Dying.mp3 (7,852,263 bytes)
FileName: Tim Mcgraw- Your my Bestfriend.mp3 (4,473,118 bytes)
FileName: Tobey Keith - Stays In Mexico.mp3 (5,142,408 bytes)
FileName: Toby Keith - You Shouldn't Kiss Me Like This .mp3 (4,470,784 bytes)
FileName: Toby Keith - As Good As I Once Was.mp3 (6,380,855 bytes)
FileName: Toby Keith - I Wanna Talk About Me.mp3 (2,897,101 bytes)
FileName: Toby Keith - Who's Your Daddy - new country.mp3 (4,767,705 bytes)
FileName: Tony Rich Project - Nobody Knows.mp3 (4,911,438 bytes)
FileName: Trey Songs feat Twista-- Just gotta make it .mp3 (4,576,150 bytes)
FileName: Trick Daddy ft Ludacris - Sugar.mp3 (5,522,652 bytes)
FileName: Truth Hurts feat. Rakim - Addictive (dirty version).mp3 (5,427,892 bytes)
FileName: Tyler Hilton - When It Comes.mp3 (3,607,910 bytes)
FileName: Usher - Confessions - Caught Up.mp3 (5,393,682 bytes)
FileName: Usher - You Remind Me.mp3 (2,001,573 bytes)
FileName: Usher feat Nelly - My Boo (Remix).mp3 (4,256,496 bytes)
FileName: Usher feat. Nelly - U Remind Me (remix).mp3 (6,952,955 bytes)
FileName: Usher ft Mike Jones - Whatever I Want (Remix).mp3 (5,700,306 bytes)
FileName: Usher ft. Alicia Keys - My Boo.mp3 (5,071,307 bytes)
FileName: Vitamin C - Graduation Song (Friends Forever).mp3 (5,442,374 bytes)
FileName: Wayne Wonder-Perfect Proposal.mp3 (6,469,856 bytes)
FileName: Weezer - Beverly Hills.mp3 (8,013,824 bytes)
FileName: Whitney Houston - I Will Always Love You.mp3 (4,368,637 bytes)
FileName: Wierd Al - Ugly Girl (Barbie Girl Remix).mp3 (1,052,800 bytes)
FileName: Will Smith- Just The Two Of Us.mp3 (5,037,452 bytes)
FileName: Wyclef Jean F - Two Wrongs (featuring Claudette Ortiz of City High).mp3 (5,523,982 bytes)
FileName: Wyclef Jean feat. Missy Elliott - Party to damascus.mp3 (5,878,230 bytes)
FileName: Ying Yang Twins - it's peanut butter jelly time (remix).mp3 (1,059,013 bytes)
FileName: Ying Yang Twins - Wait (The Whisper Song) (Radio Edit).mp3 (3,256,851 bytes)
FileName: Ying Yang Twins - Wait (The Whisper Song).mp3 (2,929,008 bytes)
FileName: Ying Yang Twins ft Mike Jones - Badd (Clean).mp3 (5,488,000 bytes)
FileName: Ying Yang Twins ft Mike Jones - Badd.mp3 (5,482,580 bytes)
FileName: Young Buck Ft. Alicia Keys - Shorty Wanna Ride (Remix).mp3 (6,283,136 bytes)
FileName: Ying Yang Twins - usa - ft. Pitbull - Shake 19.mp3 (5,757,305 bytes)
FileName: Dave Chapelle's Show - Sesame Street (1).mpg (2,445,312 bytes)
FileName: afroman - Because I Got High (techno remixes dance club rap).mp3 (4,975,804 bytes)