UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,

Plaintiffs

Case Number: CA 06415

v.

**Jury Trial Demanded**

ANGELA TEIXEIRA,

Defendant

**DEFENDANT'S ANSWER**

Defendant Angela Teixeira hereby answers the complaint in this matter as follows:

Complaint for Copyright Infringement

1. Contains no assertion to be admitted or denied.

2. Admitted

3. Admitted that the Defendant resides in this District. Denied that the Defendant committed any act of infringement.

Parties

4. The Defendant has insufficient information to admit or deny.

5. The Defendant has insufficient information to admit or deny.

6. The Defendant has insufficient information to admit or deny.

7. The Defendant has insufficient information to admit or deny

8. The Defendant has insufficient information to admit or deny.

9. Admitted.

Infringement of Copyrights

10. The Defendant repeats and incorporates by reference each and every response contained in each paragraph above.

11. The Defendant has insufficient information to admit or deny.

12. The Defendant has insufficient information to admit or deny.

13. Denied.

14. The Defendant has insufficient information to admit or deny.

15. Denied.

16. Denied.

17. Denied.

The Court should deny any and all relief sought by the Plaintiffs.

Affirmative Defenses

1. The Plaintiffs' Complaint fails to state a claim against the Defendant on which relief could be granted.

2. The Defendant denies any infringement and therefore any liability in this matter. To the extent that the Defendant may be found to be liable, her liability is limited to the amount set forth in Rhode Island General Law 9-1-3.

Respectfully submitted,

Angela Teixeira, pro se

536 Child Street
Warren, RI 02885
401-247-0081

Certification

I hereby certify that I mailed a true and correct copy of this answer to James E. O'Neill, Esq., The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852 on this 6th day of October 2006.

Angela Teixeira