AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Warner Bros. Records Inc., et al

V.

Angela Teixeira

**APPEARANCE**

Case Number: 06-415 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Angela Teixeira

I certify that I am admitted to practice in this court.

11/6/2006
Date

Signature [signature]

Kevin J. McAllister
Print Name

2641
Bar Number

362 Broadway
Address

Providence, RI
City State

02909
Zip Code

(401) 453-2300
Phone Number

(401) 453-2345
Fax Number