UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT'S MOTION TO AMEND ANSWER**

Now comes the Defendant, by and through her attorney, pursuant to Fed. R. Civ. P. 15, and hereby moves the Court for Leave to Amend her Answer to the Complaint in the form and manner annexed hereto.

A Memorandum of Law in support hereof is filed simultaneously herewith.

Defendant, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**CERTIFICATION**

I certify that I mailed a true copy of the within Motion to Amend, as well as the accompanying proposed Amended Answer, and the supporting Memorandum of Law, postage prepaid, on November 17 , 2006, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/Kevin J. McAllister