UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND ANSWER**

Now comes the Defendant, by and through her attorney, pursuant to Fed. R. Civ. P. 15, and hereby supports her Motion to Amend her Answer to the Complaint as follows.

Defendant's original Answer was filed *pro se.* Defendant, now having retained counsel, would like the opportunity to further refine her Answer to assert additional affirmative defenses and to include a request and claim for an eventual statutory award of attorneys fees and costs as the prevailing party pursuant to 17 U.S.C. sec. 505.

Fed. R. Civ. P. 15 (a) indicates that leave to amend a pleading shall be freely given when justice so requires. It is respectfully submitted that this axiom is applicable this instance. Accordingly, Defendant requests that the Court grant her Motion to Amend.

Defendant, by her Attorney,

__/s/ Kevin J. McAllister____
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com