UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA, ***Jury Trial Demanded***
Defendant

**DEFENDANT'S FIRST AMENDED ANSWER TO COMPLAINT**

Now comes the Defendant, by and through her attorney, and hereby answers the Complaint as follows:

Complaint for Copyright Infringement

1. Contains no assertion to be admitted or denied.
2. Admitted.
3. Admitted that the Defendant resides within this District. Denied that the Defendant has committed any act of infringement or that any material act of infringement took place within the District.

Parties

4. The Defendant has insufficient information to admit or deny.
5. The Defendant has insufficient information to admit or deny.
6. The Defendant has insufficient information to admit or deny.
7. The Defendant has insufficient information to admit or deny.
8. The Defendant has insufficient information to admit or deny.
9. Admitted.

Infringement of Copyrights

10. The defendant repeats and incorporates by reference each and every response contained in each paragraph above.

11. The Defendant has insufficient information to admit or deny.

12. The Defendant has insufficient information to admit or deny.

13. Denied.

14. The Defendant has insufficient information to admit or deny.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, Defendant Demands Judgment against the Plaintiffs and each of them, plus an award of costs and reasonable attorneys fees pursuant to 17 U.S.C. sec. 505, plus awarding Defendant such other and further relief as the Court deems appropriate.

Affirmative Defenses

1. Plaintiffs' Complaint fails to state a claim against the Defendant upon which relief could be granted.

2. Any monetary award to Plaintiffs, should any occur, would be limited by the provisions of RIGL sec. 9-1-3.

3. Defendant pleads the doctrine of unclean hands as a bar to the relief sought by Plaintiffs.

4. Defendant pleads the violation of her constitutional due process rights by the Plaintiffs and each of them as a bar to the Complaint and as an affirmative defense.

5. Defendant pleads the doctrine of abuse of process by Plaintiffs and each of them as a bar to the Complaint and as an affirmative defense.

6. Defendant pleads the violation of her protected privacy rights by the Plaintiffs and each of them as a bar to the Complaint and as an affirmative defense.

7. Defendant pleads illegality as an affirmative defense in that the initiation by Plaintiffs of this litigation against the Defendant constitutes attempted extortion by the Plaintiffs and each of them, and Defendant further asserts this conduct acts as a bar to the Complaint.

8. Defendant pleads laches as an affirmative defense.

9. Defendant pleads estoppel as an affirmative defense.

WHEREFORE, Defendant demands judgment against the Plaintiffs and each of them, plus an award of reasonable attorneys fees and costs pursuant to 17 U.S.C. sec. 505, plus the award of such other and further relief as the court deems appropriate.

**DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS, CLAIMS AND DEFENSES WHERE THE RIGHT TO A JURY TRIAL APPLIES.**

Defendant, by her Attorney,

/s/ Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345

**CERTIFICATION**

I certify that I mailed a true copy of the within Motion to Amend, as well as the accompanying proposed Amended Answer, and the supporting Memorandum of Law, postage prepaid, on December 7 , 2006, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/ Kevin J. McAllister