UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S MOTION TO COMPEL PLAINTIFF BMG MUSIC TO ANSWER INTERROGATORIES**

Now comes the Defendant Angela Teixeira, by and through her attorney, pursuant to Fed. R. Civ. P. 37, LR Cv 7 and LR Cv 37, hereby moves the Court for an Order compelling the above- referenced Plaintiff to answer the "Defendant's First Set of Interrogatories Propounded to Plaintiff BMG Music " and served on March 5, 2007. To date, said Plaintiff has filed no response whatsoever to said Interrogatories in violation of the thirty (30) day response requirements set forth in Fed. R. Civ. P. 33(b). Defendant requests a twenty (20) day Order.

No Memorandum of Law is required under LR Cv 7.

Defendant, Angela Teixeira, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**CERTIFICATION**

I certify that I mailed a true copy of the within Motion to Compel, postage prepaid, on April 10, 2007, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

I further certify that a copy of the within was also served on Mr. O'Neil electronically on April 10, 2007

/s/Kevin J. McAllister

**UNITED STATE DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS, INC. et. al.

v. C.A. No. 06-415-ML

ANGELA TEIXEIRA

**DEFENDANT'S FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF BMG MUSIC**

Now comes the Defendant, by and through her Attorneys, pursuant to Rule 33 of the Federal Rules of Civil Procedure, and hereby propounds the following interrogatories to the above-named Plaintiff. Said Plaintiff is requested to respond to each interrogatory in conformance with all requirements of said Rule 33, including but not limited to the time and form of response requirements, and also in conformance with all other applicable requirements of the Fed. R. Civ. P.

1. To the person or persons responding to these interrogatories on behalf of the named Plaintiff, please state your name, other names you have gone by, job title, business address, and the capacities in which you are acting when answering these interrogatories on behalf of the named corporate Plaintiff.

2. Please state whether the named Plaintiff is licensed to do business in the State of Rhode Island, and if so, set forth its current standing and registration number with the Rhode Island Secretary of State's office, the name and address of its Registered Agent, the address of any and all offices within the State of Rhode Island, and the names and addresses of the general partners.

3. Please set forth all of the facts which support in any way your claims that the

Defendant personally knew about, or participated in, any alleged copyright infringement activities as alleged in your Complaint.

4. Please set forth all of the facts in your possession, custody and/or control which support in any way Defendant's alleged involvement or participation in the downloading of so-called Copyrighted Recordings of each Plaintiff as alleged in Paragraph 13 of the Complaint.

5. Please set forth all of the facts in your possession, custody and/or control which support in any way Defendant's distribution of so-called Copyrighted Recordings of each Plaintiff to the public as alleged in Paragraph 13 of the Complaint.

6. Please set forth all of the facts in your possession, custody and/or control which support in any way Defendant's making of so-called Copyrighted Recordings of each Plaintiff available for distribution to others as alleged in Paragraph 13 of the Complaint.

7. Please set forth all of the facts in your possession, custody and/or control which support in any way your allegations that the Defendant has committed acts of infringement that "have been wilful and intentional, in disregard of and with indifference to the rights of Plaintiffs" and each of them.

8. Please identify by name, address, and registered agents' name and address for each and every Plaintiffs' affiliate record label referred to in Paragraph 11 of the Complaint, and for each, identify which such affiliate record label owns each alleged copyrighted recording listed on Exhibit B to the Complaint.

9. Limiting yourself to the time period prior to the filing and service upon the Defendant of the Complaint, please describe in detail the substance each and every contact and/or communication that was made with Defendant by or on behalf of the Plaintiffs, or any one of

them, the date for each contact and/or , whether the contact was by telephone, e-mail or written correspondence, and provide the name, job title, employer, and employment address for each and every person who participated in each individual contact and/or communication with Defendant.

10. For each written or electronic contact and/or communication described in response to the preceding interrogatory, please describe each and every record pertaining to the same with sufficient particularity to support a request for production, and set forth the name and address of each custodian of each such record.

11. Please identify each and every statement made by Defendant which pertains to the subject matter of the instant Complaint, and for each statement so identified, provide the date of the statement, the place of the statement, the substance of the statement, and the identity (by name and address) of each person present when each such statement allegedly was made by Defendant.

12. Please state in detail exactly how the Plaintiffs' representative obtained Defendant's cell phone number immediately prior to calling her on her cell phone in January of 2006, and identify by name and address the Plaintiffs' representative who called her on said occasion.

13. Please provide the name, address, field of expertise and qualifications of each and every expert Plaintiffs expect to present at trial, and for each such expert, identify the subject matter upon which each expert is expected to testify, and state the substance of the facts and opinions to which each expert is expected to testify and provide a summary of the grounds for each such opinion each expert will present.

14. Please state the names, residence address, and business address of each party and non-party witness who you believe has knowledge of any of the facts or circumstances alleged

and described in your Complaint as they pertain to Defendant.

15. For each witness identified in response to interrogatory 14, state the subject matter of, and otherwise describe each fact and/or circumstance known to the witness relating to this matter.

16. Please identify by full case name and docket number each and every civil lawsuit that has been filed in the United States District Court for the District of Rhode Island by the Plaintiffs, or by any one of them, alleging copyright infringement in the downloading of copyrighted music, for the period beginning January 1, 2005 to the present.

17. For each case identified in response to the preceding interrogatory, identify and state its current status (i.e. pending, dismissed, on appeal), and for each case that has been dismissed, identify and state whether or not it was settled in exchange for a payment of money by the defendant, and if so, how much money was paid by each defendant in each case.

18. For each case settled and identified in response to interrogatory 17, please state what proportion of each settlement was paid to each Plaintiff, to each Plaintiff's attorney, and if applicable, to any third party or non-party to each such case.

19. For each third party or non-party who received any proceeds from any settlement in any case identified in response to interrogatories 17 and/or 18, provide the name and address of each third party or non-party receiving any such proceeds, and include the amount of the proceeds each third party or non-party received in each such case.

20. For each case identified in response to interrogatories 17 and 18, please state whether any defendant in each such case filed a counterclaim or third party complaint, making sure that you identify the names of each counterclaim-defendant and third party defendant in each such

case.

Defendant, By Her Attorneys,

Kevin J. McAllister, Esq. #2641
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; fax 453-2345

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of March, 2007, I mailed a true and accurate copy of the within Defendant's First Set of Interrogatories Propounded to Plaintiff, BMG Music., first class, postage prepaid to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

[signature]