**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-00415-ML-LDA |
| | ) | |
| ANGELA TEIXEIRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Strike Defendant's Motions to Compel, and it appearing that Defendant has failed to properly consult with Plaintiffs prior to filing such a motion in violation of Fed. R. Civ. P. 37(d), Plaintiffs' motion is hereby GRANTED.

IT IS FURTHER ORDERED:

Defendant's Motions to Compel (Doc. Nos. 11 through 20) are stricken for failure to consult with Plaintiffs prior to filing his motion. Defendant must consult with Plaintiffs' counsel prior to renewing his motions to compel.

IT IS SO ORDERED.

Dated: ___________________________

_______________________________



#1240918 v1