UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v.

C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S OBJECTION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MOTIONS TO COMPEL**

Now comes the Defendant Angela Teixeira, by and through her attorney, and hereby objects to the five (5) "Plaintiffs Motion to Strike Defendant's Motion to Compel" dated April 18, 2007. In support hereof, Defendant relies on the accompanying Memorandum.

Defendant, Angela Teixeira, by her Attorney,

/s/Kevin J. McAllister

Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**CERTIFICATION**

I certify that I mailed a true copy of the within Defendant Teixeira's Objection to Plaintiffs' Motion to Strike, postage prepaid, on April 23, 2007, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

I further certify that a copy of the within was also served on Mr. O'Neil electronically on April 23, 2007

/s/Kevin J. McAllister