**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | Civil No. 1:06-cv-00415-ML-LDA |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | Magistrate Lincoln D. Almond |
| ANGELA TEIXEIRA, | |
| Defendant. | |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Dismiss, and the Court being duly appraised thereabout, Plaintiffs' motion is HEREBY GRANTED.

IT IS FURTHER ORDERED:

1. The case is dismissed without prejudice.

2. Each side will bear its own costs and fees.

IT IS SO ORDERED.

Dated: ________________________________

________________________________
HONORABLE MARY M. LISI
UNITED STATES DISTRICT JUDGE



#1242104 v1