UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND PRETRIAL MEMORANDA**

Now comes the Defendant, Angela Teixeira, by and through her attorney, pursuant to Fed. R. Civ. P. 15 and LR Cv 7, and hereby moves the Court to extend the time and deadlines set forth in the Court's Pretrial Order dated November 8, 2006, for the filing of dispositive motions **from May 15, 2007 to June 15, 2007** and to adjust accordingly, the deadlines for the filing of Pretrial Memoranda.

The reasons for this request are pending discovery Motions before the Court that involve all five (5) Plaintiffs failure to (a) provide answers to Defendant's Interrogatories, propounded March 5, 2007, and (b) provide production of documents requested March 5, 2007. Defendant has filed ten (10) Motions to Compel Plaintiffs to provide this discovery, which remain pending as of this Motion's writing. Defendant needs Plaintiffs' responses to her discovery before she can determine if there are any material facts in dispute between the parties in this case. If not, she would like to have the opportunity to file Motions for Summary Judgment pursuant to Fed R Civ P. 56. Plaintiffs' failure to comply with the thirty day response requirements set forth in Fed R Civ P 33 and 34 should not be allowed to preclude Defendant from the opportunity to file Motions for Summary Judgment. (To date, Plaintiffs' response to Defendant's ten (10) pending

Motions to Compel has been a Motion to Strike the Motions to Compel for Defendant's counsel's fail to conference and/or failure to certify a conference between counsel prior to filing the Motions to Compel. Defendant has filed an Objection to the Motion to Strike, which also remains pending.)

For the above reasons, Defendant requests that the Pretrial Order's deadline for filing dispositive motions be extended from **May 15, 2007 to June 15, 2007.** This request for relief also requests the Pretrial Order's related deadline for the time for filing Pretrial Memoranda likewise be granted.

No Memorandum of Law is required under LR Cv 7.

Defendant, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**CERTIFICATION**

I certify that I mailed, postage prepaid, and faxed, a true copy of the within Motion to Extend (accompanied by a good faith conference inquiry and request that counsel indicate whether or not he intends to object to this Motion), on April 21, 2007, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/ Kevin J. McAllister

I further certify that a copy of the within was also served on Mr. O'Neil electronically on April 26, 2007.

/s/ Kevin J. McAllister