UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., et al. | : | |
| v. | : | C.A. No. 06-415ML |
| ANGELA TEIXEIRA | : | |

**MEMORANDUM AND ORDER**

Before this Court for determination are five Motions to Compel Interrogatory Answers from Plaintiffs (Document Nos. 11-15) and five Motions to Compel Production of Documents from Plaintiffs (Document Nos. 16-20) recently filed by Defendant. In response, Plaintiffs move to strike these ten discovery motions for failure to comply with Fed. R. Civ. P. 37(a)(2)(B). (Document No. 21). Defendant does not directly dispute this failure but describes it as a "technical," "de minimus" and "unknowing and unintentional" violation. (Document No. 22).

Fed. R. Civ. P. 37(a)(2)(B) mandates that a motion to compel discovery responses "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action." (emphasis added). The purpose of this requirement is to require the parties to attempt in good faith to resolve or narrow their discovery disputes before utilizing the Court's resources. The rule is clear and the good faith certification is mandatory. Defendant failed to comply and thus her motions to compel should be denied for failure to comply with Fed. R. Civ. P. 37(a)(2)(B).

Defendant's Motions to Compel (Document Nos. 11-20) are DENIED for the reason discussed above and Plaintiffs' Motion to Strike (Document No. 21) is DENIED as moot in view of this Order.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 2, 2007