UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S RENEWED MOTION TO COMPEL PLAINTIFF BMG MUSIC TO ANSWER INTERROGATORIES**

Now comes the Defendant Angela Teixeira, by and through her attorney, pursuant to Fed. R. Civ. P. 37, LR Cv 7 and LR Cv 37, hereby renews her motion to the Court for an Order compelling the above- referenced Plaintiff to answer the Defendant's First Set of Interrogatories propounded to said Plaintiff and served on March 5, 2007. To date, said Plaintiff has filed no response whatsoever to said Interrogatories in violation of the thirty (30) day response requirements set forth in Fed. R. Civ. P. 33(b). Defendant requests a twenty (20) day Order. No Memorandum of Law is required under LR Cv 7.

Defendant, Angela Teixeira, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**RULE 37(a)(2)(B) CERTIFICATION**

I certify that on May 3, 2007, I mailed and faxed a written request to Plaintiffs' counsel of record, which included a written request that the above captioned Plaintiff provide the requested

answers to interrogatories by May 11, 2007, or, in the alternative, that said Plaintiff agree to a twenty (20) day Consent Order to compel said answers, without Defendant seeking the prayed-for Court action, in a good faith effort to confer with Plaintiffs' counsel to resolve the issue as required by Rule 37(a)(2)(B). In reply to my May 3, 2007 letter, I received a telephone call from a Lori Rust, representing herself to be Plaintiffs' national legal counsel, on or about May 9, 2007, and in the resulting telephone conversation I had with her, we were unable to resolve said issue.

/s Kevin J. McAllister, #2641

## CERTIFICATION

I certify that I served electronically and by mail, postage prepaid, a true copy of the within renewed Motion to Compel Answers to Interrogatories, on May 14, 2007 to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/Kevin J. McAllister, #2641