UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S RENEWED MOTION TO COMPEL PRODUCTION FROM PLAINTIFF BMG MUSIC**

Now comes the Defendant Angela Teixeira, by and through her attorney, pursuant to Fed. R. Civ. P. 37, LR Cv 7 and LR Cv 37, hereby renews her motion to the Court for an Order compelling the above- referenced Plaintiff to comply with Defendant's First Request for Production Addressed to said Plaintiff and served on March 5, 2007. To date, said Plaintiff has filed no response whatsoever to said Request for Production in violation of the thirty (30) day response requirements set forth in Fed. R. Civ. P. 34(b). Defendant requests a twenty (20) day Order. No Memorandum of Law is required under LR Cv 7.

Defendant, Angela Teixeira, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**RULE 37(a)(2)(B) CERTIFICATION**

I certify that on May 3, 2007, I mailed and faxed a written request to Plaintiffs' counsel of record, which included a written request that the above captioned Plaintiff provide the requested

documents and materials by May 11, 2007, or, in the alternative, that said Plaintiff agree to a twenty (20) day Consent Order to compel the same, without Defendant seeking the prayed- for Court action, in a good faith effort to confer with Plaintiffs' counsel to resolve the issue as required by Rule 37(a)(2)(B). In reply to my May 3, 2007 letter, I received a telephone call from a Lori Rust, representing herself to be Plaintiffs' national legal counsel, on or about May 9, 2007, and in the resulting telephone conversation I had with her, we were unable to resolve said issue.

/s/ Kevin J. McAllister, #2641

**CERTIFICATION**

I certify that I served electronically and by mail, postage prepaid, a true copy of the within renewed Motion to Compel, postage prepaid, on May 14, 2007, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/Kevin J. McAllister, #2641