UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC. et al.,
Plaintiffs

v. C.A. No. 1:06-cv-00415-ML-DA

ANGELA TEIXEIRA,
Defendant

**DEFENDANT TEIXEIRA'S MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND PRETRIAL MEMORANDA**

Now comes the Defendant, Angela Teixeira, by and through her attorney, pursuant to Fed. R. Civ. P. 15 and LR Cv 7, and hereby moves the Court to extend the time and deadlines set forth in the Court's Pretrial Order dated November 8, 2006, for the filing of dispositive motions **from June 15, 2007 to July 15, 2007** and to extend accordingly, the deadlines for the filing of Pretrial Memoranda, **from May 31, 2007 to July 31, 2007**.

The reasons for this request are pending renewed discovery Motions before the Court that involve all five (5) Plaintiffs' failure to (a) provide answers to Defendant's Interrogatories, propounded March 5, 2007, and (b) provide production of documents requested March 5, 2007. Defendant has filed ten (10) renewed Motions to Compel Plaintiffs to provide this discovery, which remain pending as of this Motion's writing. Defendant needs Plaintiffs' responses to her discovery before she can determine if there are any material facts in dispute between the parties in this case. If not, she would like to have the opportunity to file Motions for Summary Judgment pursuant to Fed R Civ P. 56. Plaintiffs' failure to comply with the thirty day response requirements set forth in Fed R Civ P 33 and 34 should not be allowed to preclude Defendant from the opportunity to file Motions for Summary Judgment.

For the above reasons, Defendant requests that the Pretrial Order's deadline for filing dispositive motions be extended **from June 15, 2007 to July 15, 2007**, and that the deadline for filing Pretrial Memoranda be extended **from May 31, 2007 to July 31, 2007.**

No Memorandum of Law is required under LR Cv 7.

Defendant, by her Attorney,

/s/Kevin J. McAllister
Kevin J. McAllister, #2641
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300; (fax) (401) 453-2345
E-mail: kmcallister@brcsm.com

**CERTIFICATION**

I certify that I mailed, postage prepaid, and faxed, a true copy of the within Motion to Extend (accompanied by a good faith conference inquiry and request that counsel indicate whether or not he intends to object to this Motion), on May 24, 2007, to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

/s/ Kevin J. McAllister

I further certify that a copy of the within was also served on Mr. O'Neil electronically on May 24, 2007.

/s/ Kevin J. McAllister