**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | Civil No. 1:06-cv-00415-ML-LDA<br><br>Judge Mary M. Lisi |
| Plaintiffs, | |
| v. | |
| ANGELA TEIXEIRA, | |
| Defendant. | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTIONS TO COMPEL PRODUCTION**

Plaintiffs respectfully submit this Response to Defendant's Renewed Motions to Compel Production ("Motions"), filed on May 14, 2007.

Plaintiffs respond to Defendant's Motions by respectfully submitting that it would be a fruitless waste of resources to produce the discovery requested by Defendants, as there is a pending Motion to Dismiss and all parties now agree that the case should be dismissed.



#1245577 v1

Respectfully Submitted,

Dated: May 29, 2007 By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this __29th__ day of __May____, 2007, a copy of the foregoing was served upon the Defendant via United States Mail at the following address:

Kevin J. McAllister

Brennan, Recupero, Cascione, Scungio & McAllister, LLP

362 Broadway

Providence, RI 02909

*Attorney for Defendant*

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)