UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Warner Bros. Records, Inc., a Delaware corporation; Motown Record Company, L.P., a California limited partnership; UMG Recordings, Inc., a Delaware corporation; Sony BMG Music Entertainment, a Delaware general partnership; and BMG Music, a New York general partnership,**
**Plaintiffs,**

**v.** **C.A. No. 06-415ML**

**Angela Teixeira,**
**Defendant.**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter in favor of plaintiffs *Warner Bros. Records, Inc., a Delaware corporation; Motown Record Company, L.P., a California limited partnership; UMG Recordings, Inc., a Delaware corporation; Sony BMG Music Entertainment, a Delaware general partnership; and BMG Music, a New York general partnership*, pursuant to this Court's Order dated May 30, 2007, GRANTING plaintiffs' Motion to Dismiss (without prejudice) the case against defendant *Angela Teixeira*; each side to bear its own costs.**

Enter: [signature]
Deputy Clerk

DATED: **May 30, 2007**